**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| Mark and Kelly McKinney, | ) | C.A. No. 13-11292 (BLS) |
| | ) | |
| Debtors. | ) | |

**OBJECTION OF THE DELAWARE DIVISION OF**
**REVENUE TO DEBTORS' CHAPTER 13 PLAN**

The Delaware Division of Revenue (the "DOR"), by and through undersigned counsel, hereby objects to confirmation of the Debtors' Chapter 13 Plan (the "Plan") and, in support thereof, respectfully states as follows:

1. The Debtors have failed to file a state tax return for 2011 in violation of 11 U.S.C. § 1308(a). Accordingly, the Plan cannot be confirmed until the Debtors have filed the return. *See* 11 U.S.C. § 1325(a)(9).

**WHEREFORE**, the DOR respectfully requests that the Court deny confirmation of the Plan until the Debtors file all outstanding return.

                                              STATE OF DELAWARE
                                              DEPARTMENT OF JUSTICE

                                              /s/ Ryan P. Connell
                                              Ryan Connell (#5423)
                                              Deputy Attorney General
                                              820 North French Street, 6th Floor
                                              Wilmington, Delaware 19801
                                              (302) 577-8879

Date:  October 16, 2013                          *Counsel for the Delaware Division of Revenue*

**CERTIFICATE OF SERVICE**

I, Ryan Connell, hereby certify that, on October 16, 2013, a copy of the foregoing was served electronically via the Court's CM/ECF filing system upon those registered to receive electronic service.

/s/ Ryan Connell (#5423)
Ryan Connell (#5423)